United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIANDRE CUMMINGS,<br><br>　　　　Defendant. | Case No.: CR 13-00021-PJH (KAW)<br><br>DETENTION ORDER |

## I.  DETENTION ORDER

Defendant Diandre Cummings is charged by indictment with violating 18 U.S.C. § 922(g)(1) (felon in possession of a firearm and ammunition) and 18 U.S.C. § 924(d)(1) (gun forfeiture allegation)  At the January 22, 2013 hearing before this Court, Defendant, who was in custody and represented by Assistant Federal Public Defender Angela Hansen, waived the timing of his right to proffer information at a detention hearing, *see* 18 U.S.C. § 3142(f), and also waived findings, while retaining his right to seek release at a later hearing should his circumstances change.  Assistant United States Attorney James Mann appeared on behalf of the United States.  The Court notes that Defendant has a parole hold.

## II.  CONCLUSION

The Court hereby detains Defendant, but because he has waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving

1

1  sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable
2  opportunity for private consultation with counsel.  On order of a court of the United States or on
3  request of an attorney for the Government, the person in charge of the corrections facility in
4  which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of
5  an appearance in connection with a court proceeding.
6      IT IS SO ORDERED.

8  Dated: January 22, 2013

                                                                          */s/ Kandis Westmore*
                                                                        KANDIS A. WESTMORE
                                                                         United States Magistrate Judge

United States District Court
Northern District of California