UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 13-cr-00021-PJH-1 |
|---|---|
| Plaintiff, | **ORDER GRANTING REQUEST TO WITHDRAW MOTION** |
| v. | |
| DIANDRE CUMMINGS, | Re: Dkt. Nos. 44, 46 |
| Defendant. | |

Defendant Diandre Cummings, appearing pro se, has filed a request to withdraw his earlier-filed motion to review sentence under Title 18 U.S.C. § 3742.  Doc. no. 46 (citing *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972) (per curiam) (holding pro se complaint to less stringent standards than pleadings drafted by lawyers, allegations of civil rights violations were "sufficient to call for the opportunity to offer supporting evidence")).  Cummings's request to withdraw the motion to review sentence appears to be filed in response to the April 1, 2015 order directing defendant to state whether the motion to review sentence should be filed as a notice of appeal pursuant to § 3742, or a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.  The April 1, 2015 order also provided Cummings with notice of the restrictions on "second or successive" § 2255 motions and an opportunity to withdraw the motion to review sentence.  Doc. no. 45.  Accordingly, IT IS ORDERED THAT the motion for review of sentence (doc. no. 44) is hereby withdrawn and will not be construed as a § 2255 motion.

**IT IS SO ORDERED.**

Dated: April 24, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge